1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:81-cr-00129-HDM-PAL |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| REGINALD DWYANE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

        Defendant has filed an application to proceed *in forma pauperis* (#140).  Defendant does not identify or explain why he is seeking IFP status, and he has filed no other documents with the court.  Accordingly, on or before October 7, 2013, the defendant shall inform the court for what reason he has submitted an *in forma pauperis* request.

        IT IS SO ORDERED.

        DATED: This 5th day of September, 2013.

                                        _Howard D McKibben_
                                        _____
                                        UNITED STATES DISTRICT JUDGE